The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| KANSAS CITY, MISSOURI EMPLOYEES' RETIREMENT SYSTEM | BANK OF AMERICA CORPORATION, et al. (See Attachment for complete list) |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Scott A. Martin, HAUSFELD LLP, 33 Whitehall street, 14th Floor, New York, NY 10004, Tel: (646) 357-1100 (See Attachment for complete list) | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Sections 4 and 16 of the Clayton Act, 15 U.S.C. sections 15 and 26; Section 1 of the Sherman Act, 15 U.S.C. section 1

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[✓] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ]  Dismissed. No[ ] Yes[ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No [x]   Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                 NATURE OF SUIT

### TORTS

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**

[ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

### ACTIONS UNDER STATUTES

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[x] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

[✓] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE Paul A. Engelmayer          DOCKET NUMBER 1:15-cv-09319

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                                    **ORIGIN**

[x] 1 Original
    Proceeding

[ ] 2 Removed from
    State Court

[ ] a. all parties represented

[ ] b. At least one
    party is pro se.

[ ] 3 Remanded
    from
    Appellate
    Court

[ ] 4 Reinstated or
    Reopened

[ ] 5 Transferred from
    (Specify District)

[ ] 6 Multidistrict
    Litigation

[ ] 7 Appeal to District
    Judge from
    Magistrate Judge
    Judgment

*(PLACE AN x IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF     [ ] 2 U.S. DEFENDANT     [x] 3 FEDERAL QUESTION
                                                        (U.S. NOT A PARTY)     [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
414 East 12th Street
City Hall, 10th Floor
Kansas City, Missouri 64106
Jackson County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See Attachment for full list of Defendants and addresses/counties.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     [ ] WHITE PLAINS     [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 5/27/2016          SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #          /s/ Scott A. Martin

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. April     Yr. 1991 )
Attorney Bar Code # SM-7373

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Attachment to Civil Cover Sheet**

## ATTORNEYS FOR PLAINTIFF

Blair A. Nicholas
Benjamin Galdston
David Kaplan
Lucas Gilmore
Brandon Marsh
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 720-3183
Fax: (858) 793-0323
blairn@blbglaw.com
benjaming@blbglaw.com
davidk@blbglaw.com
lucasg@blbglaw.com
brandonm@blbglaw.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael D. Hausfeld
William B. Butterfield
Swathi Bojedla
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
sbojedla@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
HAUSFELD LLP

600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

## DEFENDANTS

1. BANK OF AMERICA CORPORATION, 1 Bryant Park, New York, NY 10036 (New York County)

2. BANK OF AMERICA, N.A., 100 North Tryon Street, Charlotte, NC 28255 (Mecklenburg County)

3. MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, 1 Bryant Park, New York, NY 10036 (New York County)

4. BARCLAYS PLC, 745 Seventh Avenue, New York, NY 10019 (New York County)

5. BARCLAYS BANK PLC, 745 Seventh Avenue, New York, NY 10019 (New York County)

6. BARCLAYS CAPITAL INC. 200 Park Avenue, New York, NY 10166 (New York County)

7. BNP PARIBAS, S.A., 787 Seventh Avenue, New York, NY 10019 (New York County)

8. BNP PARIBAS SECURITIES CORP., 787 Seventh Avenue, New York, NY 10019 (New York County)

9. CITIGROUP, INC., 399 Park Avenue, New York, NY 10022 (New York County)

10. CITIBANK, N.A., 399 Park Avenue, New York, NY 10022 (New York County)

11. CITIGROUP GLOBAL MARKETS INC., 388 Greenwich Street, New York, NY 10013 (New York County)

12. CITIGROUP GLOBAL MARKETS LIMITED, 33 Canada Square, London, E14 5LB, United Kingdom

13. CREDIT SUISSE AG, 11 Madison Avenue, New York, NY 10010 (New York County)

14. CREDIT SUISSE GROUP AG, Paradeplatz 8, 8001 Zürich, Switzerland

15. CREDIT SUISSE SECURITIES (USA) LLC, 11 Madison Avenue, New York, NY 10010 (New York County)

16. CREDIT SUISSE INTERNATIONAL, 1 Cabot Square, London, E14 4QJ, United Kingdom

17. DEUTSCHE BANK AG, 60 Wall Street, New York, NY 10005 (New York County)

18. DEUTSCHE BANK SECURITIES INC., 60 Wall Street, New York, NY 10005 (New York County)

19. THE GOLDMAN SACHS GROUP, INC., 200 West Street, New York, NY 10282 (New York County)

20. GOLDMAN, SACHS & CO., 200 West Street, New York, NY 10282 (New York County)

21. GOLDMAN SACHS BANK USA, 200 West Street, New York, NY 10282 (New York County)

22. GOLDMAN SACHS FINANCIAL MARKETS, LP, 1209 Orange St., Wilmington, DE 19801 (New Castle County)

23. GOLDMAN SACHS INTERNATIONAL, Peterborough Court, 133 Fleet Street, London, EC4A 2BB, United Kingdom

24. HSBC BANK PLC, 8 Canada Square, London, E14 5HQ, United Kingdom

25. HSBC BANK USA, N.A., 1800 Tysons Boulevard, Suite 50, Mclean, VA 22101 (Fairfax County)

26. HSBC SECURITIES (USA) INC., 452 Fifth Avenue, New York, NY 10018 (New York County)

27. ICAP CAPITAL MARKETS LLC, 1100 Plaza Five, Jersey City, NJ 07311 (Hudson County)

28. J.P. MORGAN CHASE & CO., 270 Park Avenue, New York, NY 10017 (New York County)

29. J.P. MORGAN CHASE BANK, N.A., 1111 Polaris Parkway, Columbus, OH 43240 (Delaware County)

30. J.P. MORGAN SECURITIES LLC, 277 Park Avenue, New York, NY 10172 (New York County)

31. J.P. MORGAN SECURITIES PLC, 25 Bank Street, Canary Wharf, London, E14 5JP, United Kingdom

32. MORGAN STANLEY, 1585 Broadway, New York, NY 10036 (New York County)

33. MORGAN STANLEY BANK, N.A., 201 South Main Street, 5th Floor, Salt Lake City, UT 84111 (Salt Lake County)

34. MORGAN STANLEY & CO. LLC, 1585 Broadway, New York, NY 10036 (New York County)

35. MORGAN STANLEY CAPITAL SERVICES LLC, 1585 Broadway, New York, NY 10036 (New York County)

36. MORGAN STANLEY DERIVATIVE PRODUCTS INC., 1585 Broadway, New York, NY 10036 (New York County)

37. MORGAN STANLEY & CO. INTERNATIONAL PLC, 25 Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom

38. MORGAN STANLEY BANK INTERNATIONAL LIMITED, 25 Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom

39. THE ROYAL BANK OF SCOTLAND GROUP PLC, 36 St. Andrew Square, Edinburgh, EH2 2YB, United Kingdom

40. ROYAL BANK OF SCOTLAND PLC, PO Box 1000, Gogarburn, Edinburgh, EH12 1HQ, United Kingdom

41. RBS SECURITIES INC., 600 Washington Boulevard, Stamford, CT 06901 (Fairfield County)

42. TRADEWEB MARKETS LLC, 1177 Avenue of the Americas, New York, NY 10036 (New York County)

43. UBS AG, Bahnhofstrasse 45, 8001 Zürich, Switzerland

44. UBS SECURITIES LLC, 677 Washington Boulevard, Stamford, CT 06901 (Fairfield County)